## (May 9, 1956)

■ In the Matter of MALCOLM CHRISTIAN, Respondent, against VILLAGE OF HERKIMER, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Herkimer County Court granting claimant's application for permission for late service of notice of claim.) Present— Vaughan, J. P., Kimball, Wheeler, Williams and Bastow, JJ. [208 Misc. 814.]

■ THOMAS L. KERINS et al., Respondents, v. CITY OF NIAGARA FALLS, Appellant.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment of Niagara Trial Term for plaintiffs in a negligence (sidewalk) action. The order denied defendant's motion for a new trial.) Present— Vaughan, J. P., Kimball, Wheeler, Williams and Bastow, JJ.

■ WARD N. TRUESDELL et al., Respondents, v. JOSEPH J. BROX, Individually and as Administrator of the Estate of NICHOLAS BROX, Deceased, Appellant, et al., Defendants.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Onondaga Special Term granting plaintiffs' motion for summary judgment as to seven causes of action and directing a reference to compute the amounts due plaintiffs and awarding judgment of foreclosure.) Present— Vaughan, J. P., Kimball, Wheeler, Williams and Bastow, JJ.

■ JOSEPH ALBERT, Respondent, v. SULLIVAN GRECO, Appellant.— Order affirmed, with costs. All concur. (Appeal from an order of Ontario Trial Term granting plaintiff's motion to set aside the verdict of a jury in favor of plaintiff and for a new trial in an automobile negligence action, unless the parties stipulate to increase the verdict.) Present— McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.

■ SEYMOUR F. CLOUGH et al., Respondents, v. STATE OF NEW YORK, Appellant.— Appeal dismissed, without costs, upon stipulation.

■ In the Matter of the Application of ROBERT H. ZAHN, as Director of Probation.— Order entered for destruction of records.

■ WARD N. TRUESDELL et al., Respondents, v. JOSEPH J. BROX, Individually and as Administrator of the Estate of NICHOLAS BROX, Deceased, Appellant, et al., Defendants.— Motion to dismiss appeal dismissed as academic.

■ E. J. MEYER MEMORIAL HOSPITAL, Respondent, v. JOHN BLACK et al., Appellants.— Motion granted and appeal dismissed, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID J. HARRIS, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, et al., Respondents.— Motion granted and appeals dismissed.

■ WALTER E. MASLEN, Plaintiff, v. WALTER WAZ, JR., Defendant. LEONE MASLEN, Plaintiff, v. WALTER WAZ, JR., Defendant.— Motion granted and appeal dismissed, with $10 motion costs.

■ In the Matter of CARTHAGE PAPER MAKERS, INC., et al., Appellants, against MUTUAL BOX BOARD COMPANY, Respondent.— Motion granted to vacate subpoena duces tecum.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM AUTH, Appellant.— Motion to appeal on original record and typewritten briefs denied on the ground that the papers fail to show merit to the appeal.

■ KATHLEEN B. JENKINS, Appellant, v. ALEXIS C. BARBEAU, JR., et al., Respondents.— Motion for a stay granted to extent of staying trial, but in all respects denied.

■ KATHLEEN B. JENKINS, Appellant, v. S. HOWES CO., INC., et al., Respondents.— Motion for a stay granted to extent of staying trial, but in all other respects denied.